

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00501-CV

| | | |
|---|---|---|
| GREG STAATS, Appellant | § | On Appeal from the 153rd District Court |
| v. | § | of Tarrant County (153-334018-22) |
| DR. JAMIE SINGLEY, DDS DENTURES & IMPLANT SOLUTIONS, AFFORDABLE DENTURES & IMPLANTS-FORT WORTH, P.A., AFFORDABLE DENTURES & IMPLANTS, TEXAS, PLLC, AND DDS DENTURES AND IMPLANTS, Appellees | § | November 26, 2025 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that Appellees Dr. Jamie Singley; DDS Dentures & Implant Solutions; Affordable Dentures & Implants-Fort Worth, P.A.; Affordable

Dentures & Implants, Texas, PLLC; and DDS Dentures and Implants shall pay all of

the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach